# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00244-CR

**Gregory Michael Klapesky, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 03-1063-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's pro se brief was due in this Court on July 6, 2015. On July 14, the clerk of this Court sent a notice to appellant that if this Court did not receive the brief or a satisfactory response on or before Friday, July 24, a hearing before the trial court would be ordered. *See* Tex. R. App. P. 38.8(b). To date no response has been received from appellant.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant has abandoned the appeal. *See id.* 38.8(b)(2). The court shall make appropriate findings and recommendations. If appropriate and necessary, the court shall appoint counsel who will effectively represent appellant in this cause. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than August 31, 2015. *See id.* 38.8(b)(3).

It is so ordered July 31, 2015.

Before Justices Puryear, Goodwin, and Bourland

Abated and Remanded

Filed:   July 31, 2015

Do Not Publish